IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

QUAUNTEL SAUNDERS,

                Petitioner,

v.                                      CIVIL ACTION NO.  2:21-cv-00286

DONALD AMES,

                Respondent.

ORDER

      This habeas proceeding was referred to United States Magistrate Judge Cheryl A. Eifert for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). On October 25, 2021, Magistrate Judge Eifert submitted her Proposed Findings & Recommendations [ECF No. 14] ("PF&R"), recommending that the court deny the Petition for a Writ of Habeas Corpus, grant the Respondent's motion to dismiss the same, and dismiss this action with prejudice. Neither party timely filed objections to the PF&R nor sought an extension of time.

      A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The Petitioner's Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED**; the Respondent's Motion to Dismiss the Petition for a Writ of Habeas Corpus [ECF No. 8] is **GRANTED**; and this action is **DISMISSED**, with prejudice, and removed from the docket of the court.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 19, 2021

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE